HAROLD NORRIS, Respondent, v. DAVID M. NEUBERGER, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the case was not properly on the calendar, for the reason that the issue was broken by the service of an amended answer. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of JOHN HUTCHINSON POWRIE to RUSSELL RAYNOR and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DAVID M. OLTARSH against SAMUEL LEVY, as President of the Borough of Manhattan of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JAMES BARMONDE against ABRAHAM KAPLAN, President, FERDINAND Q. MORTON and JOHN J. KELLER, Members of and Constituting the Municipal Civil Service Commission of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JAMES H. CAAN v. JOSEPH STEIR and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALOIS KOSIR v. GRANVILLE P. ROGERS, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM KLEINMAN and JOSEPH SCHWARTZ, Copartners, etc., v. MERCHANTS TRANSFER AND STORAGE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARY MULHOLLAND GUNDER v. 164 EAST SEVENTY-SECOND STREET CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 602.]

CONLEW, INC., v. MICHAEL COHEN, Individually and as Copartner, etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ETHEL WIEN v. NATHAN I. WIEN. MAXWELL M. WALLACH.— Motion for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WYNKOOP HALLENBECK CRAWFORD COMPANY v. THE WESTERN UNION TELEGRAPH COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUVIN REALTY CORPORATION v. THE CITY OF NEW YORK.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.